**In the Matter of Joseph A. HARRIS and Sophia Harris, Debtors.**

**No. 5896.**

Circuit Court of Appeals, Seventh Circuit.

Nov. 6, 1936.

Bruce E. Brown, of Chicago, Ill., for appellant.

Ben I. Greenebaum, Jr., of Chicago, Ill., for appellee.

Before EVANS, Circuit Judge, and LINDLEY and BRIGGLE, District Judges.

PER CURIAM.

Now this day come the parties by their counsel and this cause now comes on to be heard on the printed record and briefs of counsel and on oral arguments.

On consideration whereof it is now here ordered, adjudged, and decreed by this court that the order or decree of the said District Court in this cause appealed from be, and the same is hereby, affirmed, with costs.

**Minnie Watts HATCHER, Bankrupt, Appellant, v. The CITIZENS NATIONAL BANK OF BEDFORD, VIRGINIA, and The Peoples National Bank of Bedford, Bedford, Virginia, Appellees.**

**No. 4135.**

Circuit Court of Appeals, Fourth Circuit.

Jan. 7, 1937.

W. R. Saunders, of Bedford, Va., for appellant.

Oliver & Padgett and Lowry & Burks, all of Bedford, Va., for appellees.

PER CURIAM.

Petition for appeal dismissed, with costs in accordance with agreement of counsel.

**Perry L. HOLE, Appellant, v. CITY OF ST. LOUIS, a Municipal Corporation, et al.**

**No. 10671.**

Circuit Court of Appeals, Eighth Circuit.

Nov. 11, 1936.

David H. Robertson, of St. Louis, Mo., for appellant.

E. H. Wayman, City Counselor, and Oliver Senti, Associate City Counselor, both of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal dismissed on motion of appellees and motion of appellant, at costs of appellant.

**The HYDRAULIC PRESS CORP. et al. v. Elek K. BENEDEK.**

**No. 7493.**

Circuit Court of Appeals, Sixth Circuit.

Feb. 11, 1937.

Toulmin & Toulmin, of Dayton, Ohio, and Day, Young & Veach, of Cleveland, Ohio, for appellant.

J. Harrow Leonard, of Cleveland, Ohio, J. D. Sears, of Bucyrus, Ohio, Walter Dressel, of Mt. Gilead, Ohio, and Albert R. Golrick, of Cleveland, Ohio, for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Upon application of appellant the appeal in the above-entitled case is dismissed, at appellant's costs.